1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL McGOWAN,

11              Petitioner,               No. CIV S-09-1849 GGH P

12        vs.

13   MIKE McDONALD, et al.,

14              Respondents.              <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.

19              Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22              Since petitioner may be entitled to relief if the claimed violation of constitutional

23   rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

24   /////

25   /////

26

1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1.  Petitioner's motion to proceed in forma pauperis (no. 2) is granted;

3      2.  Respondents are directed to file a response to petitioner's habeas petition

4  within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

5  answer shall be accompanied by all transcripts and other documents relevant to the issues

6  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

7      3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

8  shall be filed and served within thirty days after service of the answer;

9      4.  If the response to the habeas petition is a motion, petitioner's opposition or

10  statement of non-opposition to the motion shall be filed and served within thirty days after

11  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

12  thereafter; and

13      5.  The Clerk of the Court shall serve a copy of this order, *the*

14  *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*

15  together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on

16  Michael Patrick Farrell,  Senior Assistant Attorney General.

17  DATED: July 20, 2009

18

19                          /s/ Gregory G. Hollows

20                          _____
                            UNITED STATES MAGISTRATE JUDGE

21

22  mc1849.100

23

24

25

26

2