IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCGOWAN,

    Petitioner,        No. CIV S-09-1849 GGH P

  vs.

MIKE MCDONALD,

    Respondents.      <u>ORDER</u>

                              /

        On August 4, 2009, the court recommended that this action be dismissed. On July 17, 2009, petitioner filed a notice of consent to the jurisdiction of the undersigned. On August 18, 2009, respondent filed a notice of consent.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The parties have consented to the jurisdiction of the undersigned;

        2. For the reasons stated in the August 4, 2009, findings and recommendations, this action is dismissed.

DATED: August 21, 2009        /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

mc1849.dis

1